**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                  **Case No. 8:07-cr-237-T-24TBM**

**NELSON CASTILLO,**

    **Defendant.**
                                            /

## O R D E R

THIS MATTER is before the court upon referral from the District Judge on **Defendant's Motion to Determine Mental Competency**. (Doc. 38).

The government has notified the court that it does not oppose the motion and there being reasonable grounds to believe the Defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial, the Defendant's **Motion to Determine Mental Competency** (Doc. 38) is **GRANTED**. The court hereby appoints, **Dr. Donald Taylor**, to conduct an independent psychiatric examination. The court requests Dr. Taylor complete the examination and file a report with this court within thirty (45) days of the date of this Order.

Upon completion of the examination, Dr. Taylor is requested to provide to the court a report detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, the court will conduct a further hearing on the matter.

The United States Marshal is directed to transport the Defendant to Falkenburg Road Jail prior to **September 18, 2007**, to ensure his availability to Dr. Taylor for his examination.

Counsel for the Defendant shall collect all available mental health records for this Defendant and provide them to Dr. Taylor promptly.

**Done and Ordered** in Tampa, Florida this 28th day of August 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Susan C. Bucklew
Vincent Tortorella, Assistant United States Attorney
Attorney for Defendant
Dr. Donald Taylor (via facsimile)