UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,       Case No. 8:07-cr-237-WFJ-CPT

    Plaintiff,       ☐
    Government       ☒       ☐ Evidentiary
                      ☐ Trial
                      ☒ Other

v.

NELSON CASTILLO

    Defendant       ☐

# **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Judgments in *United States v. Nelson Castillo*, Case No. 8:07-cr-237-WFJ-CPT (M.D. Fla.) |
| 2 | | | | February 20, 2025 Judgment and Sentence |
| 3 | | | | October 24, 2025 Certified Judgment and Sentence |