UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                               CASE NO. 8:07-cr-237-WFJ-CPT

NELSON CASTILLO

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called at the final revocation of supervised release hearing in the above-captioned case:

1.      United States Probation Officer Amanda Goble

The United States reserves the right to call additional witnesses during the hearing in this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Adam W. McCall
          Adam W. McCall
          Assistant United States Attorney
          United States Attorney No. 226
          400 N. Tampa Street, Suite 3200
          Tampa, Florida 33602-4798
          Telephone:  (813) 274-6000
          Facsimile:   (813) 274-6358
          E-mail: Adam.McCall@usdoj.gov

**U.S. v. Nelson Castillo**                    **Case No. 8:07-cr-237-WFJ-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

/s/ *Adam W. McCall*
Adam W. McCall
Assistant United States Attorney
United States Attorney No. 226
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Adam.McCall@usdoj.gov

2